JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

Jennifer Anne Thornberry,

      Plaintiff,

    vs.

Frank Bisignano, COMMISSIONER OF SOCIAL SECURITY[1],

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 1:25-cv-00597-JLT-SKO

STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER

(Doc. 22)

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from June 26,2026 to July 10, 2026, for Plaintiff to serve on defendant with PLAINTIFF'S

---

1 Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1

OBJECTIONS TO FINDINGS AND RECOMMENDATIONS .  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of June 22, 2026 and June 29, 2026 Plaintiff's Counsel has eleven merit briefs due and two replies due. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: June 16, 2026      PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff


Dated: June 16, 2026         ERIC GRANT
                             United States Attorney
                             MATHEW W. PILE
                             Head of Program Litigation 1
                             Law & Policy
                             Social Security Administration

                         By:  **/s/ Roseanne C. Gillette Lazzarotto*
                             Roseanne C. Gillette Lazzarotto
                             Special Assistant United States Attorney
                             Attorneys for Defendant
                             (*As authorized by email on June 16, 2026)

## **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 22), IT IS ORDERED that Plaintiff shall have until **July 10, 2026**, to file and serve objections to the Findings and Recommendations filed June 15, 2026 (Doc. 21).

IT IS SO ORDERED.

Dated:   **June 16, 2026**                                      /s/ *Sheila K. Oberto*

                                          UNITED STATES MAGISTRATE JUDGE

3